

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2014

No. 04-13-00719-CV

**AMERICAN NATIONAL INSURANCE COMPANY**
Appellant

v.

**THE CONESTOGA SETTLEMENT TRUST**, The RE Family Trust and Shea Ungar A/K/A
Hershey Ungar Trustee of the RE Family Trust,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17464
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

    The Appellee The RE Family Trust and Shea Ungar A/K/A Hershey Ungar Trustee of the RE Family Trust's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on January 10, 2014.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court